UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA DUPONT | CIVIL ACTION NO. _____ |
| VERSUS | JUDGE _____ |
| COSTCO WHOLESALE CORPORATION AND JANE DOE | MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Costco Wholesale Corporation (Costco), made a defendant by plaintiff herein, Lisa Dupont, and files this Notice of Removal pursuant to 28 U.S.C. § 1332, § 1441 and § 1446 and removes this case to federal court based upon diversity of citizenship jurisdiction.  Costco shows the following:

I.

On or about March 23, 2017, plaintiff Lisa Dupont filed her Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing the caption "Lisa Dupont v. Costco Wholesale Corporation and Jane Doe", No. 2017-2752 "A-15".  See plaintiff's Petition for Damages, part of the state court pleadings attached hereto as Exhibit A.

II.

Costco Wholesale Corporation was served with process on April 5, 2017, through its Registered Agent for Service of Process, CT Corporation System (Exhibit A includes all pleadings and documents filed into the record of the state court action at the time of filing of this removal, including the service return).

III.

Pursuant to 28 U.S.C. § 1446(B), Costco files this Notice of Removal within 30 days of it being served with plaintiff's petition in the state court action, the first pleading received by the defendant through Service of Process, setting forth the claim for relief upon which the action is based.

IV.

This case is removed less than one year after commencement of the state court action in compliance with 28 U.S.C. § 1446(C).

V.

PARTIES

A.  In her petition for damages, plaintiff pleads that she is a resident of the State of Louisiana and a person of the full age of majority domiciled in the Parish of Orleans.  See Petition for Damages, Exhibit A.

B.  In her Petition for Damages, plaintiff correctly alleges that Costco Wholesale Corporation is a foreign corporation licensed to do and doing business in the State of Louisiana. See ¶ I of plaintiff's Petition for Damages (Exhibit A).  In point of fact, Costco Wholesale Corporation is a corporation formed under the laws of the State of Washington, with its principal place of business in Issaquah, Washington (see Affidavit of Zois Johnston, attached as Exhibit

B).     Therefore, Costco is now and has at all relevant times been a citizen of the State of Washington, pursuant to 28 U.S.C. § 1332(C)(1).

    C.     No other entity owns more than 10% of the outstanding stock of Costco (Exhibit B).

    D.     Jane Doe is a fictitious name, therefore, "her" citizenship is disregarded in determining whether diversity of citizenship exists.  28 U.S.C. § 1441(B)(1).

VI.

    A.     The United States District Court for the Eastern District of Louisiana, which is the district court for the United States for the district and division embracing the place where the action is pending, has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

    B.     First, there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332(A)(1) because the plaintiff is not a citizen of the same state as the sole named defendant, Costco.

    C.     Second, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is therefore properly before this Court under 28 U.S.C. § 1332(A)(1).

    D.     Although plaintiff pleads no specific amount of damages, she alleges in ¶ 21 of her Petition (Exhibit A), that she sustained multiple injuries including "injuries to her neck, back, arms, elbows, ankles, heels, as well as headaches"; and that she has also sustained "emotional injuries as a result of the subject incident".  Furthermore, plaintiff alleges past, present and future damages for pain and suffering, medical expenses, etc.  See ¶ 21 and 22 of plaintiff's Petition for Damages (Exhibit A).

    E.     Undersigned counsel wrote plaintiff's counsel and proposed the execution of a stipulation pursuant to which plaintiff would stipulate that the total damages exclusive of interest

and costs which plaintiff seeks to recover do not exceed the sum of $75,000.00. See Affidavit of Arthur W. Landry, counsel for defendant, attached as Exhibit C, and correspondence to plaintiff's counsel dated April 10, 2017 with proposed stipulation.

F.   Plaintiff's counsel then wrote to undersigned counsel by letter dated April 10, 2017, advising that the proposed stipulation would not be executed, presumably because plaintiff in fact contends that the amount in controversy exceeds $75,000.00, exclusive of interest and costs (Exhibit C).

G.   With Costco having shown that diversity of citizenship jurisdiction exists under 28 U.S.C. § 1332, this action is now removed pursuant to 28 U.S.C. § 1441(A) and § 1446(B) as amended, and written notice of the filing of this Notice of Removal and copies of all process, pleadings and orders will be served on plaintiff's counsel as required by law and filed of record as noted below.

H.   The action may be removed to this Court by Petitioner pursuant to 28 U.S.C. § 1441(B) in that the sole, non-fictitious defendant is not a citizen of Louisiana.

VII.

Pursuant to the requirements of 28 U.S.C. § 1446(D), a Notice of Removal, attaching a copy of this notice as an exhibit, will be filed contemporaneously with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, as provided by law. See attached Notice of Removal, without exhibits (Exhibit D).

VIII.

Petitioner hereby reserves any and all rights to assert, as defenses to plaintiff's Petition to Damages, all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure, as well as all other jurisdictional, procedural and venue defenses to the merits of the action.

IX.

Petitioner requests trial by jury on all issues.

WHEREFORE, Petitioner, Costco Wholesale Corporation, respectfully submits this Notice of Removal of the state court action to this Court and hereby removes the action now pending against it in the Civil District Court for the Parish of Orleans bearing case No. 2017-2752 "A-15" to this Honorable Court. Petitioner further respectfully requests all additional relief to which it may be entitled.

Respectfully submitted,

**ARTHUR W. LANDRY
AND JEANNE ANDRY LANDRY, LLC.**

/s/ Arthur W. Landry
_____
**ARTHUR W. LANDRY (7969)**
710 Carondelet Street
New Orleans, LA  70130
P:  504-581-4334
F:  504-581-4335
Arthur@LandryLawNOLA.net
**COUNSEL FOR COSTCO WHOLESALE CORPORATION**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via e-mail and/or the United States mail, postage pre-paid and properly addressed.

New Orleans, Louisiana, this 1st day of May, 2017.

/s/ Arthur W. Landry
_____