
# CT Corporation

**Service of Process Transmittal**
04/05/2017
CT Log Number 530992894

**TO:** Tony Jaswal, Director of Property & Liability Claims
Costco Wholesale Corporation
Legal Dept., 999 Lake Drive
Issaquah, WA 98027-

**RE:** **Process Served in Louisiana**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LISA DUPONT, Pltf. vs. COSTCO WHOLESALE CORPORATION AND JANE DOE, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 201702752 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On or about September 13, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/05/2017 at 09:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | R Christopher Harrison<br>Jack and Harrison LLC<br>201 St. Charles Ave., Suite 2500<br>New Orleans, LA 70170<br>(504) 599-5949 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/05/2017, Expected Purge Date: 04/10/2017<br><br>Image SOP<br><br>Email Notification, Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification, Tony Jaswal  tjaswal@costco.com<br><br>Email Notification, Zois Johnston  zjohnston@costco.com<br><br>Email Notification, Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / VS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



ATTORNEY'S NAME: Harrison, Roddrick C 35809
AND ADDRESS:

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-02752 | DIVISION: A | SECTION: 15 |
|---|---|---|
| | DUPONT, LISA | |

### Versus

### COSTCO WHOLESALE CORPORATION ET AL

### CITATION

TO: COSTCO WHOLESALE CORPORATION

THROUGH: ITS REGISTERD AGNT:C T CORPORATION SYSTEM

3867 PLAZA TOWER DR,, BATON ROUGE

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 28, 2017**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Abrina Davis, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON COSTCO WHOLESALE CORPORATION | ON COSTCO WHOLESALE CORPORATION |
| THROUGH: ITS REGISTERD AGNT:C T CORPORATION SYSTEM | THROUGH: ITS REGISTERD AGNT:C T CORPORATION SYSTEM |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said COSTCO WHOLESALE CORPORATION being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER RETURN | No. _____ |
| / / | Deputy Sheriff of _____ |
| SERIAL NO. DEPUTY PARISH | |

ID: 9604462          Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-2752

FILED

2017 MAR 23 P 1:00

DIV "J"

CIVIL DISTRICT COURT

LISA DUPONT

v.

COSTCO WHOLESALE CORPORATION AND JANE DOE

FILED:_____

_____
CLERK

## PETITION FOR DAMAGES

TO THE HONORABLE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS,

STATE OF LOUISIANA AND THE JUDGES THEREOF:

The Petition of LISA DUPONT through undersigned counsel, who respectfully represents

that:

1.

Petitioner herein are:

A. LISA DUPONT, a natural person of the full age of majority, domiciled within the Parish of Orleans, State of Louisiana.

2.

Made Defendants herein are:

A. COSTCO WHOLESALE CORPORATION, a foreign business authorized to do and doing business in Orleans Parish and the State of Louisiana, and within the jurisdiction of this Honorable Court;

B. JANE DOE, an employee of defendant COSTCO WHOLESALE CORPORATION, and a natural person of the full age of majority, domiciled within the Parish of Orleans and the State of Louisiana, and within the jurisdiction of this Honorable Court

3.

Said Defendants are justly and truly indebted, jointly, severally, and *in solido*, to Petitioner

for all such reasonable damages together with legal interest thereon from date of judicial demand

until paid, and for all costs for these proceedings for the following reasons to wit:

4.

Venue is proper in this jurisdiction pursuant to the Louisiana Code of Civil Procedure

Article 74 because the wrongful conduct occurred and the damages were sustained by Plaintiff in

in Orleans Parish.

5.

On or about September 13, 2016, Lisa Dupont (hereinafter "Petitioner" or "Ms. Dupont") fell in Defendant's retail store, known as COSTCO, located at municipal address 3900 Dublin Street in New Orleans, Louisiana in Orleans Parish.

6.

Upon information and belief, at all times relevant, Defendant, COSTCO WHOLESALE CORPORATION owned, controlled, operated, maintained, and/or had custody of the subject COSTCO located 3900 Dublin Street in New Orleans, Louisiana in Orleans Parish.

7.

On the day of the incident in question, Petitioner was shopping at the Costco store located at 3900 Dublin Street in New Orleans, Louisiana in Orleans Parish.

8.

Petitioner was walking down the aisle when suddenly she realized there was a slippery substance under her feet. Before Petitioner could catch her balance, she fell and hit the floor located near the furniture aisle.

9.

Immediately after the fall, Petitioner noticed that the floor was wet and/or there was a liquid substance, which felt like water on the floor. Petitioner avers that it was this substance, which felt like water, that caused her to slip and fall to the floor.

10.

Upon information and belief, Petitioner avers that the liquid substance and/or water was located in a high-traffic area of the retail shopping facility, where workers had passed or should have passed, thus Defendants, COSTCO WHOLESALE CORPORATION and JANE DOE, had notice of the liquid substances on the floor prior to Petitioner's fall.

11.

Upon information and belief, no warnings were given to patrons warning them that the that the floor area was wet and dangerous.

12.

Upon information and belief, no caution/warning signs were displayed in or around the

shopping area warning Petitioner of the liquid substance on the floor prior to her fall.

13.

Upon information and belief, the workers of Defendant, COSTCO WHOLESALE CORPORATION, and JANE DOE did not warn Petitioner verbally or otherwise warn her of the unreasonably dangerous condition and/or the liquid substance on the floor prior to her fall.

14.

Petitioner avers that the liquid substances on the floor caused the hard flooring to become slippery, which constituted an unreasonable dangerous condition on the property.

15.

Petitioner avers that the water/liquid on the floor and/or the wet floor constituted an unreasonable dangerous condition on the property, which was known or should have been known by Defendants.

16.

The condition of the floor presented an unreasonable risk of harm to Petitioner, and that risk of harm was reasonably foreseeable.

17.

The aforesaid incident and resulting injuries and damages specified herein were proximately and legally caused, in whole or in part, by the fault and negligence of Defendants COSTCO WHOLESALE CORPORATION and their employee(s), including but not limited to JANE DOE, supervisor(s), agent(s), or others under their direction, control, and supervision, and the negligent acts include, but are not limited to, the following negligent acts of omission and/or commission among others, that may be shown during trial thereof:

     a. failure to maintain a safe place of business;

     b. failure to maintain adequate cleaning procedures;

     c. failure to clean up liquid substance(s) known to be on the floor;

     d. failure to warn of unreasonably dangerous condition on the premises and/or hazardous condition on the premises;

     e. failure to warn of an unsafe condition on the premises;

     f. failure to properly inspect premises;

     g. failure to maintain floors, walkways, entrances and/or other passageways in premises free of liquid substances;

     h. failure to maintain floors, walkways, entrances and/or other passageways in a

reasonably safe condition;

i. failure to maintain premises in safe condition;

j. failure to keep the premises free of any hazardous conditions;

k. failure to take all necessary and appropriate safety measures to ensure safety of those present on the premises;

l. failure to ensure the premises did not pose an unreasonable risk of harm to those present;

m. failure to properly supervise employees and/or managers to prevent them from creating dangerous conditions;

n. failure to properly train all employees and/or managers to ensure they exercise proper precaution when cleaning floors during business hours;

o. wanton and reckless disregard for the safety of others;

p. failure to do any and all acts which could have prevented the incident in question; and

q. such other acts of negligence as are indicated from the facts alleged herein and may be show at trial;

all of which are in violation of the dictates of common sense, and the applicable ordinances and laws of the Parish of Orleans and the State of Louisiana, all of which are specifically plead herein.

19.

Alternatively and/or in addition to the above, the injuries, damages, expenses and costs sustained by Petitioners were directly or proximately caused by an unreasonably dangerous condition in the premises, namely the liquid on the floor. Further, Defendants knew or should have known of the unreasonably dangerous condition in its premises. The doctrine of strict liability is applicable pursuant to the Louisiana Civil Code.

20.

Upon information and belief, Petitioner avers that at the time of the incident referred to herein, and at all other pertinent times, the Defendant's premises were insured by a self-retention insurance policy, issued by COSTCO WHOLESALE CORPORATION, which was in full force and effect at all times relevant herein.

21.

As a result of the incident, Petitioner, LISA DUPONT, sustained progressive, serious and permanent personal injuries, consisting of, but not limited to, injuries to her neck, back, arms, elbows, ankles, heels, as well as headaches. Petitioner has also sustained emotional injuries as a result of the subject incident. Petitioner LISA DUPONT'S injuries have required medical

4

treatment.

22.

As a result of the injuries caused by the negligence and legal fault of Defendants, Petitioner LISA DUPONT'S damages include, but are not limited to the following:

    a. physical pain and suffering, past and future;

    b. mental anguish and distress, past and future;

    c. medical expenses, past and future;

    d. permanent injuries and disability (as applicable)

    e. loss of earning capacity (as applicable);

    f. loss of enjoyment of life;

    g. impairment of life's pleasures;

    h. any other such damages which may be shown at trial.

23.

WHEREFORE, Petitioner LISA DUPPONT prays that Defendants, COSTCO WHOLESALE CORPORATION, and JANE DOE be served with copies of this petition and be duly cited to appear and answer same, and that, after expiration of all legal delays and due proceedings had, that there be judgment herein rendered in favor of Petitioner LISA DUPONT for her past and future physical pain and suffering; past and future mental anguish and distress; past and future medical expenses; permanent injuries and disability; loss of earning capacity, loss of enjoyment of life; impairment of life's pleasures; and any other such damages which may be shown at trial, in an amount that will fully compensate Petitioner for her damages, pursuant to the evidence and in accordance with the law; all said sums with legal interest thereon from the date of

5

judicial demand until paid, for all costs of these proceedings, and for all general equitable relief.

Respectfully submitted,

JACK AND HARRISON, L.L.C.

R. Christopher Harrison (#35809)
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170
Tel: (504) 599-5949
Fax: (504) 324-0983
hamptonharrisonlaw@gmail.com
*Counsel for Petitioner*

## PLEASE SERVE THE FOLLOWING DEFENDANTS:

**COSTCO WHOLESALE CORPORATION**
Through its registered agent,
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70802

**JANE DOE**
Withhold Service at this time.



6