UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA DUPONT | CIVIL ACTION |
| VERSUS | NO: 17-4469 |
| COSTCO WHOLESALE CORP., ET AL | SECTION: "S" (4) |

## JUDGMENT

Considering the jury's verdict rendered on December 10, 2019,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, Lisa Dupont, and against defendant, Costco Wholesale Corporation, in the amount of $314,676.00, representing $50,000.00 for past and future pain and suffering; $50,000.00 for past and future mental anguish and emotional distress; $50,000.00 for past and future loss of enjoyment of life; $210,568.00 for past medical expenses; and $59,000.00 for future medical expenses, totaling $419,568.00 and reduced by 25% for plaintiff's comparative fault;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, Lisa Dupont, and against defendant, Costco Wholesale Corporation for costs pursuant to 28 U.S.C. § 1920 and interest from the date of entry of judgment pursuant to 28 U.S.C. § 1961.

New Orleans, Louisiana, this 12th day of December, 2019.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE